Submitted December 2, 2011, remanded for resentencing; otherwise affirmed January 25, 2012

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

THOMAS LEE LOWELL,
*Defendant-Appellant.*

Marion County Circuit Court
09C51793; A145894

270 P3d 404

Kenneth A. Kreuscher and Portland Law Collective, LLP, filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Susan G. Howe, Senior Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

## PER CURIAM

Defendant was convicted of coercion, a Class C felony under ORS 163.275(2), and was sentenced to 36 months of imprisonment and 36 months of post-prison supervision. On appeal, defendant argues that the trial court plainly erred in imposing a sentence that exceeds 60 months, the maximum allowed by law for a Class C felony. ORS 161.605(3) (maximum term of an indeterminate sentence of imprisonment is, "[f]or a Class C felony, 5 years"); OAR 213-005-0002(4) ("The term of post-prison supervision, when added to the prison term, shall not exceed the statutory maximum indeterminate sentence for the crime of conviction."). The state concedes that the 72-month sentence imposed by the trial court is plainly erroneous. ORAP 5.45; *Ailes v. Portland Meadows, Inc.*, 312 Or 376, 823 P2d 956 (1991). That concession is well founded. *State v. Donner*, 230 Or App 465, 469, 215 P3d 928 (2009) (trial court plainly erred in imposing a "total sentence of 72 months—36 months' incarceration and 36 months' post-prison supervision—on a Class C felony"). For the same reasons expressed in *Donner*, we exercise our discretion to correct the error in this case.

Remanded for resentencing; otherwise affirmed.